PRATER *v.* PRATER.

ATKINSON, J. The Supreme Court is without jurisdiction to pass upon the merits of any bill of exceptions the recitals of fact in which are not duly certified to be true. *Binyard* v. *State,* 126 *Ga.* 635 (55 S. E. 498); *Cade* v. *DuBose,* 125 *Ga.* 832 (54 S. E. 697); *Grant* v. *Derrick,* 130 *Ga.* 43 (60 S. E. 157).

*Writ of error dismissed. All the Justices concur.*

JULY 18, 1913.

Temporary alimony; from Fulton. Motion to dismiss.

*T. B. Brown* and *C. G. Battle,* for plaintiff in error.

*T. H. Scott,* contra.